DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY GOON,**
Appellant,

v.

**LI HUA GOON,**
Appellee.

No. 4D2025-0783

[January 29, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Lopane, Judge; L.T. Case No. PRC240004236.

June Zhou of Law Office of June Zhou, LLC, Boca Raton, for appellant.

David Shulman of Ginsberg Shulman, PL, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***